# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA  :

vs.  : CRIMINAL NO.: 21-00054-JB-B

ELLIOTE DWIGHT ROBINSON  :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 34) and without any objection having been filed by the parties, the Defendant's plea of guilty to Counts One, Five and Ten of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **November 15, 2021, at 9:30 a.m.** in Courtroom 4A before the undersigned.

**DONE and ORDERED** this 26th day of July 2021.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE